UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN CUPP, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PERKINS & MARIE CALLENDER'S, LLC, and DOES 1-100, inclusive;<br><br>　　　　　Defendant(s). | Case No.: 8:18-cv-02211-JLS-KES<br><br>Assigned to: Hon. Josephine L. Staton<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND TO STATE COURT** |

# ORDER

The Court, having considered Plaintiff KATHERINE CUPP ("Plaintiff") and Defendant PERKINS & MARIE CALLENDER'S LLC ("Defendant") Joint Stipulation for Remand to State Court, for Dismissing Class Claims, Amending Complaint, and Submitting Matter to Arbitration, and GOOD CAUSE APPEARING, hereby REMANDS this action to the Superior Court of California for the County of Orange, Case No. 30-2018-01030922-CU-OE-CXC. The Court will not purport to exercise jurisdiction over the remaining executory aspects of the Stipulation, and leaves that to the parties and the state court.

**IT IS SO ORDERED.**

Dated: February 11, 2019

Hon. Josephine L. Staton
United States District Judge